United States District Court
Southern District of Texas
**ENTERED**
August 24, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| DONNA LEE FISHER, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:26-cv-00072 |
| | § | |
| CITY OF FREEPORT, TEXAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On March 11, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 6. Judge Edison filed a memorandum and recommendation on August 7, 2026, recommending that defendants' motion to dismiss (Dkt. 13) be granted as to plaintiff's federal claims, and that the court decline to exercise supplemental jurisdiction over plaintiff's state law defamation claim. *See* Dkt. 26.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 26) is approved and adopted in its entirety as the holding of the court;

(2) Defendants' motion to dismiss (Dkt. 13) is granted as to plaintiff's federal claims; and

(3) Plaintiff's motion for leave to file an amended complaint (Dkt. 27) is granted. The clerk is ordered to file Dkt. 27-1 as Plaintiff's First Amended Complaint.

SIGNED on Galveston Island this 24th day of August 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE