United States District Court
Southern District of Texas
**ENTERED**
October 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DONNA LEE FISHER, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | 3:26-cv-72 |
| | § | |
| CITY OF FREEPORT, TEXAS, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On March 11, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 6. Judge Edison filed a memorandum and recommendation ("the M&R") on October 1, 2026, recommending that the defendants' motion to dismiss (Dkt. 30) be granted. Dkt. 33.

On October 4, 2026, the plaintiff filed objections to the M&R. Dkt. 34. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept,

reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the M&R; the pleadings; and the record. The court accepts the M&R and adopts it as the opinion of the court.

The plaintiff requests leave to file a second amended complaint before final judgment. Dkt. 34. The plaintiff has already had the opportunity to amend once after a ruling on the defendants' motion to dismiss. *See* Dkts. 28–29. The public charges leveled against the plaintiff are in the court's record. *See* Dkts. 29-3, -4. As explained in the M&R, repleading will not change the fact that the charges were not stigmatizing. Accordingly, the court finds that further amendment would be futile and orders that:

(1) Judge Edison's memorandum and recommendation (Dkt. 33) is approved and adopted in its entirety as the holding of the court;

(2) The defendants' motion to dismiss (Dkt. 30) is granted; and

(3) The plaintiff's request for leave to file a second amended complaint is denied.

Signed on Galveston Island this 7th day of October 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE